## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MAXIEL DE LA GARZA, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-1903 |
| | § | |
| WELLS FARGO BANK, N.A., AS | § | |
| TRUSTEE FOR OPTION ONE | § | |
| MORTGAGE LOAN TRUST 2007-FXD2 | § | |
| ASSET-BACKED CERTIFICATES | § | |
| SERIES 2007-FXD2, | § | |
| | § | |
|     Defendant. | § | |

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff Maxiel de la Garza and Defendant Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-FXD2 Asset-Backed Certificates Series 2007-FXD2 file this Notice of Settlement and respectfully report to the Court as follows:

Plaintiff and Defendant have reached an agreement, in principle, to resolve the claims that Plaintiff asserts against Defendant.  The Parties are in the process of finalizing the formal settlement agreement and executing it.  The Parties anticipate filing an agreed motion to dismiss without prejudice in the next forty-five (45) days.

Dated: October 3, 2024.

Respectfully Submitted,

VILT LAW, P.C.
  */s/ Robert C. Vilt*
  Robert C. Vilt
  Texas Bar No. 00788586
  Federal Bar No. 20296
  clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas  77056
Telephone: 713.840.7570
Facsimile: 713.877.1827
*Attorneys for Plaintiff*


  */s/ Lauren E. Hayes*
Lauren Hayes
Texas Bar No. 24081961
SDTX Bar No. 2284655
Lauren.Hayes@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 479-9758
Fax (512) 479-1101

*Attorney for Defendant, Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-FXD2 Asset-Backed Certificates Series 2007-FXD2*


## CERTIFICATE OF SERVICE

 The undersigned herby certifies that a true and correct copy of the foregoing has been electronically filed with the Court via the Court's CM/ECF electronic filing system and served upon all counsel registered with CM/ECF on October 3, 2024

  */s/ Lauren E. Hayes*
  Lauren E. Hayes